

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JUSTIN R. RHOADES (Cal. Bar No. 230463)
 4  Assistant United States Attorney
         1500 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California
 6       Telephone:  (213) 894-3380
         Facsimile:  (213) 894-3713
 7       E-mail: justin.rhoades@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 09-mj-00077-DUTY |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESSES WITH APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| v. | ) | |
| ROBERTO JOSE-TOMAS, aka "Cosecha," and DIEGO FRANCISCO-PASQUAL, aka "Diego Francisco-Lorenzo," | ) | |
| Defendants. | ) | |

**FOR GOOD CAUSE SHOWN**, and pursuant to 18 U.S.C. § 3144, **IT IS HEREBY ORDERED** that the following persons are hereby declared to be material witnesses in the above-captioned case:

   1.  JAVIER ENRIQUE ROSALES-SANCHEZ

   2.  MARCOS IVAN CAMAS-SAULA

**IT IS HEREBY FURTHER ORDERED** that the aforementioned material witnesses shall be bound over to the custody of the United States Marshal, Central District of California, or in the

alternative, released under the following conditions to assure their presence at trial:

(1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

(2) Pre-trial Services supervision.

DATED: 1/26/09

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
JUSTIN R. RHOADES
Assistant United States Attorney